IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARQUEZ CORNELIUS VAUGHN, #293 183, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

CASE NO. 2:21-CV-800-WHA-SRW

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on December 21, 2021. Doc. 4. There being no timely objections filed to the Recommendation, and after an independent review of the file, it is ORDERED that:

1. The Recommendation (Doc. 4) is ADOPTED.

2. This case is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i & ii).

Final Judgment will be entered separately.

Done, this 11th day of January 2022.

        /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE